1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-cv-00032-WBS-EFB |
|---|---|
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR PUBLICATION |
| APPROXIMATELY $177,022.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States of America applies for an order of publication as follows:

1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.   Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.   The defendant asset was seized by Tracy Police Department on October 8, 2015, pursuant to a state search warrant in Sacramento, in Sacramento County, California.  On November 19, 2015, Drug Enforcement Administration ("DEA") seized the defendant asset for civil forfeiture pursuant to a federal seizure warrant in Tracy, in San Joaquin County, California.

4.   The United States proposes that publication be made as follows:

1

Application and Order
For Publication

      a.      One publication;

      b.      Thirty (30) consecutive days;

      c.      On the official internet government forfeiture site www.forfeiture.gov;

      d.      The publication is to include the following:

              (1)      The Court and case number of the action;

              (2)      The date of the seizure/posting;

              (3)      The identity and/or description of the property seized/posted;

              (4)      The name and address of the attorney for the Plaintiff;

              (5)      A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

              (6)      A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 1/5/16                                      BENJAMIN B. WAGNER  
                                                United States Attorney

                                      By:    /s/ Kevin C. Khasigian  
                                                   KEVIN C. KHASIGIAN  
                                                   Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: January 11, 2016.

                                              EDMUND F. BRENNAN  
                                              UNITED STATES MAGISTRATE JUDGE