BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $177,022.00 IN U.S. CURRENCY,<br><br>         Defendant. | 2:16-CV-00032-WBS-EFB<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM APRIL 11, 2016 TO MAY 9, 2016 |

   Pursuant to the United States' Request to Extend the Deadline to Submit a Joint Status Report from April 11, 2016 to May 9, 2016, the Court finds that there is good cause to extend the deadline to file a joint status report in this case from April 11, 2016 to May 9, 2016. The Scheduling Conference is continued to May 23, 2016.

   IT IS SO ORDERED.

Dated: April 8, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE